UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BALBIR SINGH DHILLON, et al., <br><br> Defendant. | Case No. 2:15-cv-1108-MCE-KJN <br><br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment in the amount of $4,750.00 is hereby ENTERED against defendants:

BALBIR SINGH DHILLON and MAXIM'S RESTAURANT

November 25, 2015                                                  MARIANNE MATHERLY, CLERK

                                                                                  By: /s/  K. Zignago, Deputy Clerk